1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   VICTOR M. LAWRENCE, DCBN 449052
4  Principal Assistant Director
   CHRISTOPHER W. HOLLIS, ILBN 6283101
5  Trial Attorney

6     P.O. Box 868, Ben Franklin Station
      Washington, D.C. 20044
7     Telephone: (202) 305-0899; FAX: (202) 616-8962

8  Attorneys for Defendant

9             UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA

11 MOHAMMAD ALI,                    )
12              Plaintiff,           )
                                     )   No. 08-cv-1731 (PJH)
13      v.                           )
                                     )
14                                   )
15 JONATHAN SCHARFEN,                )   **JOINT REQUEST TO BE EXEMPT**
   Acting Director, United States    )   **FROM FORMAL ADR PROCESS;**
   Citizenship and Immigration       )   ~~PROPOSED~~ **ORDER**
16 Services,                         )
                                     )
17              Defendant.           )

   Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

   Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the

                                    1

1  lack of any potential middle ground, ADR will only serve to multiply the proceedings and
2  unnecessarily tax court resources.
3        Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from
4  the ADR Multi-Option Program and that they be excused from participating in the ADR phone
5  conference and any further formal ADR process.

6  Dated: June 11, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

DAVID J. KLINE
Director, District Court Section

VICTOR M. LAWRENCE
Principal Assistant Director

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (FAX)
christopher.hollis@usdoj.gov

Dated: June 11, 2008

_____
ALAN M. KAUFMAN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated this 16 day of June, 2008

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton