1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   GJON JUNCAJ
4  Senior Litigation Counsel
   FLOR M. SUAREZ, AZBN 018650
5  Trial Attorney
   District Court Section
6  Office of Immigration Litigation
   U.S. Department of Justice - Civil Division
7  P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044-0868
8  Email: flor.suarez@usdoj.gov
   Telephone: (202) 305-1062; FAX: (202) 305-7000
9
   Attorneys for Defendant
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13
     MOHAMMAD ALI,                        )
14                                        )     No. 08-cv-1731 (PJH)
                    Plaintiff,            )
15                                        )
            v.                            )     **STIPULATION TO EXTEND DATES**
16                                        )     **AND [P~~ROPOSED~~] ORDER**
                                          )
17                                        )
     JONATHAN SCHARFEN,                   )
18   Acting Director, United States Citizenship )
     and Immigration Services,            )
19                                        )
                    Defendant.            )
20   _____)

21
            Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney
22
     of record, hereby stipulate, subject to the approval of the Court, to the following:
23
            1. Plaintiff filed this action on or about March 28, 2008, and Defendant was served on or
24
     about this date.
25
            2. Pursuant to this Court's Order Setting Initial Case Management Conference and ADR
26
     Deadlines, dated March 31, 2008, the parties are required to file a joint case management
27
     statement on June 26, 2008, and are required to attend a case management conference on July 3,
28
     2008.

1    3. On May 27, 2008, Defendant filed a motion to dismiss and noticed a hearing for July
2 23, 2008.
3    4. On June 3, 2008, Plaintiff filed his opposition to Defendant's motion to dismiss and
4 amended his complaint.
5    5. On June 16, 2008, Defendant filed his motion to dismiss or, in the alternative, motion
6 for summary judgment.
7    6. On June 18, 2008, Defendant filed a notice to withdraw his motion to dismiss filed on
8 May 27, 2008.
9    7. The parties agree that good cause exists for granting an extension of the dates on which
10 the case management statement and case management conferences are currently scheduled since
11 the Court's determination on Defendant's motion will either moot out the issue in its entirety or
12 significantly change the nature of the arguments to be considered by the Court.
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  8. The parties hereby respectfully ask this Court to extend the dates in the Court's
2  scheduling order as follows:
3  Last day to file/serve Joint Case Management Statement:   August 21, 2008
4  Case Management Conference:   August 28, 2008 at 2:30 p.m.

Dated: June 19, 2008                                Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
GJON JUNCAJ
Senior Litigation Counsel

By: [1] _____/s/_____
FLOR M. SUAREZ
Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
(202) 305-1062 (telephone); 305-7000 (FAX)
Email:  flor.suarez@usdoj.gov

Attorneys for the Defendant

Dated: June 19, 2008                                _____/s/_____
ALAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this __20th__ day of __June__, 2008        _____
                                                  PHYLLI...
                                                  United St...

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

[1] I, Flor M. Suarez, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

3