1   ALAN M. KAUFMAN, ESQ.  CSB: 57449
    KAUFMAN & KAUFMAN
2   220 Montgomery Street, Suite 966
    San Francisco, California 94104
3   Telephone: (415) 956-7770

4   Attorneys for Plaintiff

5                   **UNITED STATES DISTRICT COURT**

6                 **NORTHERN  DISTRICT OF CALIFORNIA**

7

8   MOHAMMAD ALI,                          )    CASE NO.  08-cv-1731 (PJH)
                                           )
9            Plaintiff,                     )    STIPULATION CONTINUING HEARING
                                           )    ON DEFENDANT'S MOTION TO
10      vs.                                 )    DISMISS OR IN THE ALTERNATIVE
                                           )    MOTION FOR SUMMARY JUDGMENT
11  JONATHAN SCHARFEN, Acting               )    AND [~~PROPOSED~~] ORDER
    Director, U.S. Citizenship and Immigration )     AS MODIFIED
12  Services,                               )
                                           )
13           Defendant.                     )
    _____       )
14

15      Plaintiff, by and through his attorney of record, and defendant, by and through his attorney

16  of record, hereby stipulate, subject to the approval of the Court,  as follows:

17      1.  Defendant's motion to dismiss or in the alternative motion for summary judgment is

18  set for July 23, 2008 at 9:00 a.m.

19      2.  Plaintiff's attorney, Alan M. Kaufman, is scheduled to appear at a removal hearing,

20  before an Immigration Judge in San Francisco, California on July 23, 2008 at 8:30 a.m. (Exhibit

21  1).

22      3.  The parties agree that good cause exists for granting a continuance due to the

23  unavailability of plaintiff's attorney on July 23, 2008 at 9:00 a.m. and respectfully ask the Court to

24  //

25  //

26  //

27  //

28
                    Stipulation Continuing Hearing on Defendant's Motion to Dismiss or  in
                    the Alternative  Motion for Summary Judgment and [Proposed] Order

August 6, 2008
1  continue the hearing on defendant's motion until ~~July 30, 2008~~ at 9:00 a.m.

2  Dated:  June 27, 2008

3                                                          Respectfully submitted.

4

5                                                          /s/
                                                          _____
6                                                          ALAN M. KAUFMAN
                                                          Attorney For Plaintiff
7
                                                          /s/
8  Dated: June 26, 2008                                    _____
                                                          FLOR M. SUAREZ
9                                                          Attorney for Defendant

10

11                            **ORDER**

12        Pursuant to stipulation, IT IS SO ORDERED.

13

14  Dated: __6/30/08_____

15                                                          IT IS SO ORDERED

16                                                          Judge Phyllis J. Hamilton

17

18

19

20

21

22

23

24

25

26

27  _____
            Stipulation Continuing Hearing on Defendant's Motion to Dismiss or  in
28        the Alternative  Motion for Summary Judgment and [Proposed] Order