GREGORY G. KATSAS
United States Department of Justice
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
GJON JUNCAJ
Senior Litigation Counsel
FLOR M. SUAREZ, AZBN 018650
Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
Email: flor.suarez@usdoj.gov
Telephone: (202) 305-1062
FAX: (202) 305-7000

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD ALI,  )
      Plaintiff,  ) No. 08-CV-1731 (PJH)
      v.  )
       ) **STIPULATION TO EXTEND DATES AND [P~~ROPOSED~~] ORDER**
JONATHAN SCHARFEN,  )
Acting Director, United States Citizenship and Immigration Services,  )
      Defendant.  )

    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Defendant's motion to dismiss or in the alternative motion for summary judgment is set for August 6, 2008 at 9:00 a.m.

    2. Defendant's attorney, Flor M. Suarez, is scheduled to attend the Office of Immigration Litigation 12th Annual Immigration Litigation Conference in Columbia, South Carolina from

1. August 4-8, 2008. Additionally, she is scheduled to instruct an immigration class on August 7, 2008 at the conference.

3. The parties agree that good cause exists for granting a continuance due to the unavailability of Defendant's attorney on August 7, 2008 at 9:00 a.m. and respectfully ask the Court to continue the hearing on Defendant's motion until August 13, 2008 at 9:00 a.m.

Dated: July 29, 2008

Respectfully submitted,

GREGORY G. KATSAS
United States Department of Justice
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
GJON JUNCAJ
Senior Litigation Counsel

By: [1] _____
FLOR M. SUAREZ
Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
(202) 305-1062 (telephone); 305-7000 (FAX)
Email: flor.suarez@usdoj.gov

Attorneys for the Defendant

Dated: July 29, 2008

_____
ALAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 30th day of July, 2008

PHYLLIS ...
United St...

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

[1] I, Flor M. Suarez, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

2