UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD ALI,

    Plaintiff,

    v.

JONATHAN SCHARFEN,

    Defendant.

_____/

No. C 08-1731 PJH

**ORDER GRANTING STAY AND TERMINATING MOTION**

Pursuant to the parties' stipulation and request that the court "hold matters in abeyance for sixty days," which the court construes as a request to stay these proceedings, the hearing on defendant's motion to dismiss and/or for summary judgment, currently scheduled for August 13, 2008, is VACATED. Additionally, since the parties did not request a continuance of the hearing, the motion is terminated for administrative purposes, not on the merits. Should it be necessary to proceed with the motion, it will simply have to be re-noticed for hearing.

**IT IS SO ORDERED.**

Dated: August 5, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge