GREGORY G. KATSAS
United States Department of Justice
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
GJON JUNCAJ
Senior Litigation Counsel
FLOR M. SUAREZ, AZBN 018650
Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
Email: flor.suarez@usdoj.gov
Telephone: (202) 305-1062
FAX: (202) 305-7000

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD ALI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN SCHARFEN,<br>Acting Director, United States Citizenship and Immigration Services,<br><br>　　　　Defendant. | No. 08-CV-1731 (PJH)<br><br>**STIPULATION TO HOLD MATTERS IN ABEYANCE AND [PROPOSED] ORDER** |

　　Defendant Jonathan Scharfen and Plaintiff Mohammad Ali hereby stipulate to hold matters in abeyance in the above-referenced case for a period of sixty (60) days from the date of issuance of an order granting the stipulated abeyance. In further support thereof, the parties say as follows:

　　1. On August 27, 2001, Plaintiff was granted asylum. On February 20, 2008, he was denied adjustment of status based on inadmissibility due to engaging in terrorist activity and affording material support to a terrorist organization under Immigration and Nationality Act (INA) section § 212(a)(3)(B)(i)(I), 8 U.S.C. § 1182(a)(3)(B)(i)(I).

1    2. On April 23, 2008, USCIS reopened the matter of Plaintiff's adjustment of status.

2    3. On July 24, 2008, Plaintiff filed his First Amended Complaint for Declaratory Judgment
3 and Injunction, which alleges that the delay in adjudication his adjustment of status application
4 violates 5 U.S.C. §§ 701-706.

5    4. Both parties recognize that the Consolidated Appropriations Act of 2008 (CAA of
6 2008), Pub. L. No. 110-161, Div. J, section 691(a), 121 Stat. 1844 (Dec. 26, 2007), provides
7 expanded discretionary authority for the Secretary of Homeland Security to exempt certain
8 terrorist-related inadmissibility grounds as they relate to undesignated terrorist organizations as
9 defined under the INA section 212(a)(3)(B)(vi)(III), 8 U.S.C. § 1182(a)(3)(B)(vi)(III).

10    5. Under the CAA of 2008, Defendants are reviewing the general hold placed on reopened
11 asylee adjustment of status cases that were decided after December 26, 2007, and denied based on
12 the provision of material support to a Tier III undesignated terrorist organization. This could
13 result in the adjudication of Plaintiff's adjustment of status application within sixty (60) days from
14 the date of issuance of the abeyance order requested herein.

15    6. In the interest of judicial economy, the potential for adjudication of Plaintiff's
16 adjustment of status application within sixty (60) days from the date of issuance of the abeyance
17 order requested herein merits grant of the abeyance.

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26
27
28

1  WHEREFORE, with good cause having been shown, the parties hereby request that this
2  Court issue an order granting an abeyance of matters in this case for a period of sixty (60) days
3  from the date of issuance of the abeyance order.

4  Dated: August __5__, 2008                              Respectfully submitted,

6                                                                           GREGORY G. KATSAS
7                                                                           United States Department of Justice
                                                                            Assistant Attorney General, Civil Division
8                                                                           DAVID J. KLINE
                                                                            Director, District Court Section
9                                                                           Office of Immigration Litigation
                                                                            GJON JUNCAJ
10                                                                          Senior Litigation Counsel

11                                                        By: [1]          /s/
                                                                            FLOR M. SUAREZ
12                                                                          Trial Attorney
                                                                            District Court Section
13                                                                          Office of Immigration Litigation
                                                                            U.S. Department of Justice - Civil Division
14                                                                          P.O. Box 868, Ben Franklin Station
                                                                            Washington, D.C. 20044-0868
15                                                                          (202) 305-1062 (telephone); 305-7000 (FAX)
                                                                            Email:  flor.suarez@usdoj.gov
16
                                                                            Attorneys for the Defendant
17

18  Dated: August __4__, 2008                                                /s/
                                                                            ALAN M. KAUFMAN
19                                                                          Attorney for Plaintiff

20                                            **ORDER**
21
       Pursuant to stipulation, IT IS SO ORDERED.
22
23  Dated this __5th__ day of __August__, 2008     _____
24                                                                          PHYLLIS J. HAMILTON
                                                                            United States District Judge

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

---

[1] I, Flor M. Suarez, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.