UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD ALI, ) No. C 08-1731 PJH
)
      Plaintiff, )
) **ORDER ON CROSS-MOTIONS FOR**
      v. ) **SUMMARY JUDGMENT**
)
U.S. Citizenship and Immigration Services, )
JONATHAN SCHARFEN, Director, )
)
      Defendant. )
)

    Plaintiff Mohammed Ali amended his complaint to assert that the delay in re-adjudicating the Plaintiff's application for adjustment of status to legal permanent resident was unreasonable.

    On January 13, 2003, Plaintiff filed an application to adjust status. Plaintiff's application was denied in February 2008. On April 23, 2008, United States Citizenship and Immigration Services ("USCIS") *sua sponte* reopened Plaintiff's file so that Plaintiff could be considered for a discretionary exemption from his current inadmissibility status pursuant to 8 U.S.C. § 1182(a)(3)(B)(i)(I) and 1182(a)(3)(B)(iv)(VI), based on having provided material support to Tier III terrorist organizations.

    Before the Court are Plaintiff's Motion for Summary Judgment filed on January 5, 2009, and Defendant's Cross-Motion for Summary Judgment filed on January 7, 2009. On January 16, 2009, Plaintiff filed an Opposition to Defendant's Cross-Motion for Summary Judgment. On February 6, 2009, Defendant filed an Opposition to Plaintiff's Motion for Summary Judgment. On March 4, 2009, both parties filed replies in support of their respective Motions for Summary Judgment.

    The Court recognizes that Plaintiff's application was adjudicated and subsequently reopened. Therefore the Court, in determining the reasonableness of the delay, is reviewing the eleven months since USCIS reopened the Plaintiff's application in April, 2008.

C 08-1731 PJH                                                                                                1

1     The Court finds that the eleven month delay in re-adjudicating Plaintiff's application is not
2 unreasonable as a matter of law. *See, e.g. Clayton v. Chertoff*, 2007 WL 2904049, at *6 (N.D. Cal.
3 2007). Therefore, the Court cannot conclude that the Defendant has acted unreasonably.
4     In accordance with the foregoing, the court DENIES Plaintiff's Motion for Summary Judgment
5 and GRANTS IN PART Defendant's Motion for Summary Judgment. The amended complaint is
6 dismissed without prejudice to re-filing should the agency fail to re-adjudicate Plaintiff's
7 application to adjust his status by April 23, 2010.

**IT IS SO ORDERED**

Dated: March 23, 2009

PHYLLIS J. HAMILTON
United States District Judge